ROGER H. McGLYNN, RECEIVER OF NEPTUNE CENTER ASSOCIATES, PLAINTIFF-RESPONDENT, v. MORTIMER L. SCHULTZ, *ET AL.*, DEFENDANTS, AND DAVID H. JACKSON, *ET AL.*, DEFENDANTS-PETITIONERS, AND JACK E. PORTIS, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 95 *N. J. Super.* 412.

*Messrs. Zucker, Lowenstein, Gurny & Zucker; Messrs. Waldor & Hochberg; Messrs. Pitney, Hardin & Kipp; Mr. Richard L. Amster;* and *Messrs. Frohling & Gaulkin* for the petitioners.

*Messrs. Hannoch, Weisman, Stern & Besser* and *Mr. James J. Shrager* for the plaintiff-respondent.

December 4, 1967. Denied.

HOWARD ELLIS, ADMR., *ETC.*, PLAINTIFF-RESPONDENT, CROSS-PETITIONER, v. ROSE CAPRICE, *ET AL.*, DEFENDANTS-PETITIONERS, CROSS-RESPONDENTS.

PATRICIA ELLIS, INFANT, *ETC.*, PLAINTIFF-RESPONDENT, CROSS-PETITIONER, v. ROSE CAPRICE, *ET AL.*, DEFENDANTS-PETITIONERS, CROSS-RESPONDENTS.

See same case below: 96 *N. J. Super.* 539.

*Messrs. Harkavy & Lieb,* for the defendants-petitioners, cross-respondents.

*Messrs. Baker, Garber, Chazen & Duffy,* and *Mr. Irving J. Rosenberg* for the plaintiffs-respondents, cross-petitioners.

November 14, 1967. Denied.